IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01075–REB–KMT

LAWRENCE COUNTRYMAN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE, an insurer, and Owner of Mid-Century Insurance Company, and
MID-CENTURY INSURANCE COMPANY, a California corporation,

    Defendants.

## ORDER

    This matter is before the court pursuant to the status conference held on July 7, 2011. The parties advised the court that the mandate from the Tenth Circuit Court of Appeals resolved only one portion of the issues initially raised in "Plaintiff's Motion to Remand" [Doc. No. 10]. Both parties agreed that the unresolved portions of the remand motion still required resolution by the court prior to any further proceedings in the case. All parties urged this court to delay further scheduling until such time as the District Court addressed the remaining remand issues.

    This court notes, however, that the District Court granted Plaintiff's Motion to Remand on November 3, 2010, albeit on grounds now rejected by the Tenth Circuit. [Doc. No. 45.] Additionally, all other then pending motions were denied as moot based on the November 3, 2010 order. *Id*. Therefore, no motion is currently pending before the District Court.

Therefore, it is **ORDERED**

Plaintiff shall file his Revised Motion for Remand, addressing any remaining issues with respect to remand, on or before **July 15, 2011.** Defendants shall respond to the Revised Motion for Remand on or before **July 22, 2011.** Plaintiff shall be allowed to Reply, if necessary, on or before **July 29, 2011.**

Dated this 7th day of July, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge