**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01075-REB-KMT

LAWRENCE COUNTRYMAN, on behalf of himself and all others similar situated,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE, an insurer, and owner of MID-CENTURY INSURANCE COMPANY, a California corporation,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal of The Claims of The Repricing Subclass** [#87][1] filed December 5, 2011.  After reviewing the stipulation and the file, I conclude that the portion of **Plaintiff's Motion For Class Certification** [#76] filed September 8, 2011, requesting certification of the repricing subclass, should be deemed moot; and **Defendants' Motion To Stay The Class Action Claims of the Putative Repricing Subclass and Memorandum of Law in Support** [#78] filed September 28, 2011, should be denied as moot.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal of The Claims of The Repricing Subclass** [#87] filed December 5, 2011, is **APPROVED**;

---

[1] "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That the portion of **Plaintiff's Motion For Class Certification** [#76] filed September 8, 2011, requesting certification of the repricing subclass, is **DEEMED** moot; and

3.  That **Defendants' Motion To Stay The Class Action Claims of the Putative Repricing Subclass and Memorandum of Law in Support** [#78] filed September 28, 2011, is **DENIED** as moot.

Dated December 6, 2011, at Denver, Colorado.

> **BY THE COURT:**
>
> *Bob Blackburn*
> Robert E. Blackburn
> United States District Judge