## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01075-REB-KMT

LAWRENCE COUNTRYMAN, on behalf of himself and all others similarly situated,

   Plaintiff,

v.

FARMERS INSURANCE EXCHANGE, an insurer, and owner of MID-CENTURY
INSURANCE COMPANY, a California corporation, and
MID-CENTURY INSURANCE COMPANY, a California corporation,

   Defendants.

---

## FINAL JUDGMENT

---

   Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

   A.  Pursuant to the **Order Granting Motion To Dismiss** [#100] entered by Judge Robert E. Blackburn on June 6, 2012, which order is incorporated by reference,

   **IT IS ORDERED** as follows:

   1.  That **Defendants Farmers Insurance Exchange and Mid-Century Insurance Company's Supplemental Motion To Dismiss** [#97] filed March 21, 2012, is **GRANTED**;

   2.  That plaintiff's claims implicating the two-year limitation subclass are **DISMISSED WITH PREJUDICE**; and

   3.  That **JUDGMENT IS NOW ENTERED** on behalf of defendants, Farmers Insurance Exchange, an insurer and owner of Mid-Century Insurance Company, a

California Corporation; and Mid-Century Insurance Company, a California Corporation,

against plaintiff, Lawrence Countryman, on behalf of himself and all others similarly

situated, as to the claims implicating the two-year limitation subclass, set forth at

sections VIII and IX of the **Rule 23 Complaint and Jury Demand** ¶¶ 140-180 at 33-40

[#2] filed May 7, 2010; provided, that **JUDGMENT** as to these claims **IS WITH**

**PREJUDICE**.

B. On notice of the filing of the **Stipulation of Dismissal** [#116] filed October 15,

2012, and as memorialized in the **Order of Dismissal** [#117] entered by Judge Robert

E. Blackburn on October 16, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** is **APPROVED**; and

2. That all remaining claims of plaintiff, Lawrence Countryman against defendants

Farmers Insurance Exchange and Mid-Century Insurance Company, except for those

claims previously dismissed with prejudice by the **Order Granting Motion To Dismiss**

[#100] and which plaintiff has indicated an intention to appeal, are **DISMISSED WITH**

**PREJUDICE**, with each party to bear its own costs, attorney fees, and other expenses of

litigation.

DATED at Denver, Colorado, this 19th day of October, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/Edward P. Butler
        Edward P. Butler
        Deputy Clerk